**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: FIRST JUDICIAL DISTRICT OF PENNSYLVANIA | : No. 21 EM 2020<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2021, the Request Pursuant to Pa.R.J.A. 1952(B)(2)(m), is GRANTED, IN PART.

    The President Judge of the Court of Common Pleas of Philadelphia County is authorized to suspend state or local rules that restrict the use of advanced communication technology (ACT) in court proceedings, subject to state and federal constitutional limitations, through November 1, 2021.

    Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.

    In all other respects, the Request Pursuant to Pa.R.J.A. 1952(B)(2)(m) is DENIED.